

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00529-CV

| | |
|---|---|
| RODOLFO G. ROSA, Appellant | § On Appeal from the 431st District Court |
| V. | § of Denton County (24-5678-431) |
| | § June 19, 2025 |
| STATE OF TEXAS DEPARTMENT OF CHILD SUPPORT OFFICE OF ATTORNEY GENERAL, Appellee | § Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
　　　Justice Dabney Bassel